The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NATHAN FELIX and ROBYN, as husband and wife, and on behalf of N.F., a minor,<br><br>Plaintiffs,<br>v.<br><br>GROUP HEALTH OF WASHINGTON, et al.,<br>Defendants. | NO. C11-1974 RSL<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF GROUP HEALTH COOPERATIVE, GROUP HEALTH OF WASHINGTON, SEATTLE CHILDREN'S HOSPITAL, AND THE UNIVERSITY OF WASHINGTON<br><br>NOTE ON MOTION CALENDAR: March 25, 2013 |

**STIPULATION**

Pursuant to Federal Rule of Civil Procedure 41(a)(1), all parties to this action by and through their undersigned attorneys of record, hereby stipulate and agree to the voluntary dismissal with prejudice of defendants Group Health of Washington and Group Health Cooperative, and Seattle Children's Hospital and the University of Washington from the above captioned action, case No. 2:11-cv-1974-RSL, subject to the following conditions agreed to by the parties.

**JOINT STIPULATION AND ORDER OF DISMISSAL OF DEFENDANTS GROUP HEALTH OF WASHINGTON, GROUP HEALTH COOPERATIVE, THE UNIVERSITY OF WASHINGTON, AND SEATTLE CHILDREN'S HOSPITAL- 1**
USDC Case No. 2:11-cv-1974-RSL

1. The remaining parties may not assert or present evidence that the dismissed defendants, and their employees or agents, including Dr. Sugar and Dr. Egaas, are at fault, through alleged negligence or any other fault, or that the remaining defendants are liable for any actions taken by the dismissed defendants, their employees, or agents; and

2. No costs or fees will be awarded to any party as a result of this dismissal with prejudice.

**JOINT STIPULATION AND ORDER OF DISMISSAL OF DEFENDANTS GROUP HEALTH OF WASHINGTON, GROUP HEALTH COOPERATIVE, THE UNIVERSITY OF WASHINGTON, AND SEATTLE CHILDREN'S HOSPITAL- 2**
USDC Case No. 2:11-cv-1974-RSL

## AGREED ORDER OF DISMISSAL

Based upon the above stipulation by and between the parties, and the Court having reviewed the files and records herein, it is now therefore:

ORDERED, ADJUDGED and DECREED that defendants GROUP HEALTH OF WASHINGTON, GROUP HEALTH COOPERATIVE, THE UNIVERSITY OF WASHINGTON, AND SEATTLE CHILDREN'S HOSPITAL, are hereby dismissed with prejudice and without costs to either party, per the terms contained in the stipulation.

DATED this 27th day of March, 2013.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

JOINT STIPULATION AND ORDER OF DISMISSAL
OF DEFENDANTS GROUP HEALTH OF
WASHINGTON, GROUP HEALTH COOPERATIVE,
THE UNIVERSITY OF WASHINGTON, AND
SEATTLE CHILDREN'S HOSPITAL- 3
USDC Case No. 2:11-cv-1974-RSL