HONORABLE ROBERT S. LASNIK

11-CV-01974-AF



FILED ___ ENTERED
___ LODGED ___ RECEIVED

MAY 22 2013

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY ___ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NATHAN FELIX and ROBYN FELIX, as husband and wife, and on behalf of N.F., a minor,<br><br>Plaintiffs,<br><br>v.<br><br>GROUP HEALTH OF WASHINGTON, et al.,<br><br>Defendants. | No. 11-cv-01974 RSL<br><br>**SECOND STIPULATION AND ORDER OF THE PARTIES TO EXTEND TRIAL DATE AND RELATED DATES**<br><br>**NOTE ON MOTION CALENDAR FRIDAY, MAY 17, 2013** |

## STIPULATION

IT IS HEREBY STIPULATED by and between the parties hereto Defendants State of Washington and individually named social workers, by and through their attorneys, Robert W. Ferguson, Attorney General, and Allison Croft and Suzanne LiaBraaten, Assistant Attorneys General, and Plaintiffs Robyn Felix, Nathan Felix, and N.F., by and through their attorneys, Sidney Royer and Leander James, that the parties wish to conserve judicial and party resources and avoid scheduling conflicts and thus are again asking that the trial date be extended in this matter.

SECOND STIPULATION AND ORDER OF THE PARTIES TO
EXTEND TRIAL DATE AND RELATED DATES - 1

LEEMON + ROYER
2505 2nd Avenue, Suite 610
Seattle, Washington 98121
(206) 269-1100
(206) 269-7424

Following the filing of a Stipulation and Proposed Order of the Parties to Extend Trial Date and Related Dates (Dkt. No. 129), this Court extended the trial date in this matter to January 6, 2014 (Dkt. Nos. 131, 132). However, subsequent to the parties entering into the stipulation, counsel for Plaintiffs discovered that Ms. Royer is already scheduled to go to trial in a different matter during the first part of the month of January 2014. For this reason, the parties have agreed to again petition the Court to extend the trial date in this matter, and propose the following dates available for trial. It is estimated that trial will take two full weeks.

February 3-14, 2014

April 28-May 9, 2014

The parties request that the Court extend the trial date to one of these times frames and issue a new scheduling order consistent therewith. For the reasons stated above, this is the second request for a continuance in this matter.

STIPULATED TO this 17th day of May, 2013.

/s/ Sidney Stillerman Royer, WSBA No. 14820
Sidney Stillerman Royer, WSBA No. 14820
Attorneys for Plaintiffs
LEEMON + ROYER, PLLC
2505 Second Avenue, Suite 610
Seattle, WA 98121
Phone: (206) 269-1100
Fax: (206) 269-7424
Email: royer@leeroylaw.com

/s/ Allison Croft, WSBA No. 30486
Allison Croft, WSBA No. 30486
Attorneys for Defs State of WA, et al.
ATTORNEY GENERAL'S OFFICE
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
Phone: (206) 464-7352
Fax: (206) 587-4229
Email: allisonc@atg.wa.gov

SECOND STIPULATION AND ORDER OF THE PARTIES TO
EXTEND TRIAL DATE AND RELATED DATES - 2

LEEMON + ROYER
2505 2nd Avenue, Suite 610
Seattle, Washington 98121
(206) 269-1100
(206) 269-7424

## ORDER

The parties, having stipulated for extension of trial date due to schedule conflicts and in order to conserve judicial time and party resources, NOW, THEREFORE,

IT IS ORDERED the trial date is extended to __Feb. 3, 2014__ and the clerk shall issue a new Case Schedule Order consistent herewith.

DONE IN OPEN COURT this 21st day of May, 2013.

_____
HONORABLE ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

| | |
|---|---|
| /s/ Sidney Stillerman Royer, WSBA No. 14820 | /s/ Allison Croft, WSBA No. 30486 |
| Sidney Stillerman Royer, WSBA No. 14820 | Allison Croft, WSBA No. 30486 |
| Attorneys for Plaintiffs | Attorneys for Defs State of WA, et al. |
| LEEMON + ROYER, PLLC | ATTORNEY GENERAL'S OFFICE |
| 2505 Second Avenue, Suite 610 | 800 Fifth Avenue, Suite 2000 |
| Seattle, WA 98121 | Seattle, WA 98104-3188 |
| Phone: (206) 269-1100 | Phone: (206) 464-7352 |
| Fax: (206) 269-7424 | Fax: (206) 587-4229 |
| Email: royer@leeroylaw.com | Email: allisonc@atg.wa.gov |

SECOND STIPULATION AND ORDER OF THE PARTIES TO
EXTEND TRIAL DATE AND RELATED DATES - 3

LEEMON + ROYER
2505 2nd Avenue, Suite 610
Seattle, Washington 98121
(206) 269-1100
(206) 269-7424

## CERTIFICATE OF SERVICE

I hereby certify that on the below date, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to the following:

| | |
|---|---|
| Allison Croft, WSBA No. 30486<br>ATTORNEY GENERAL'S OFFICE<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104-3188<br>Phone: (206) 464-7352<br>Fax: (206) 587-4229<br>Attorneys for Defs State of WA, et al. | Kimberly D. Baker, WSBA No. 14257<br>WILLIAMS KASTNER & GIBBS, PLLC<br>601 Union Street, Suite 4100<br>Seattle, WA 98101-2380<br>Phone: (206) 628-6600<br>Fax: (206) 628-6611<br>Attorneys for Defs UWMC, et al. |
| SENT VIA:<br>☐ Fax<br>☐ ABC Legal Services<br>☐ Express Mail<br>☐ Regular U.S. Mail<br>☒ CM/ECF Filing | SENT VIA:<br>☐ Fax<br>☐ ABC Legal Services<br>☐ Express Mail<br>☐ Regular U.S. Mail<br>☒ CM/ECF Filing |

Rando B. Wick, WSBA No. 20101
JOHNSON GRAFFE KEAY MONIZ & WICK
925 Fourth Avenue, Suite 2300
Seattle, WA 98104-1158
Phone: (206) 223-4770
Fax: (206) 386-7344
Attorneys for Defs Group Health, et al.

SENT VIA:
☐ Fax
☐ ABC Legal Services
☐ Express Mail
☐ Regular U.S. Mail
☒ CM/ECF Filing

Dated this 17th day of May, 2013.

/s/ Wes S. Larsen, WSBA No. 45299
Wes S. Larsen, WSBA No. 45299

SECOND STIPULATION AND ORDER OF THE PARTIES TO
EXTEND TRIAL DATE AND RELATED DATES - 4

LEEMON + ROYER
2505 2nd Avenue, Suite 610
Seattle, Washington 98121
(206) 269-1100
(206) 269-7424