Honorable Robert Lasnik



**11-CV-01974-BCST**

UNITED STATES DISTRICT COURT WESTERN DISTRICT

OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NATHAN FELIX and ROBYN FELIX, as husband and wife, and on behalf of N.F., a minor,<br><br>Plaintiffs,<br><br>v.<br><br>THE STATE OF WASHINGTON, WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, and CHILD PROTECTIVE SERVICES, UNIVERSITY OF WASHINGTON, SUSAN EGAAS and JOHN DOE EGAAS, husband and wife and the marital community thereof, STACY AHRENS and JOHN DOE AHRENS, wife and husband, and the marital community composed thereof, FAYE ANDERSON and JOHN DOE ANDERSON, wife and husband, and the marital community composed thereof, KAREN ERICKSON and JOHN DOE ERICKSON, wife and husband, and the marital community composed thereof, SANDRA KINNEY and JOHN DOE KINNEY, wife and husband, and the marital community composed thereof, KIMBEL KRAUSZ and JOHN DOE KRAUSZ, wife and husband, and the marital community composed thereof, MELISSA PHILLIPS and JOHN DOE PHILLIPS, wife and husband, and the marital community composed thereof, KIMBERLY RIPLEY and JOHN DOE RIPLEY, wife and husband, and the marital community composed thereof, SANDRA SURFACE and JOHN DOE SURFACE, wife | No. C11-1974-RSL<br><br>ORDER APPOINTING LITIGATION AND SETTLEMENT GUARDIAN AD LITEM |

ORDER APPOINTING GUARDIAN
AD LITEM - 1

**Leemon + Royer** PLLC
2505 Second Avenue Suite 610 Seattle, WA 98121
Phone 206 269-1100   Fax 206 269-7424

and husband, and the marital community composed thereof, ABC CORPORATIONS 1 10, JANE and JOHN DOES 1 10, JANE and JOHN DOES 11 20, JOHN and JANE DOES, 21-30,

      Defendants.

THIS MATTER having come regularly before the Court upon the Motion of Sidney Stillerman Royer, of Leemon + Royer, as attorney for N.F., a minor child, and the court having reviewed the motion and the attachments thereto, having reviewed the evidences presented by counsel, and being fully advised in the premises, now, therefore, it is hereby

ORDERED THAT:

1.1. APPOINTMENT OF GUARDIAN AD LITEM.

William Dussault is appointed as litigation and settlement guardian ad litem for the above-named plaintiff and shall receive copies of all pleadings and notice of all court proceedings regarding this action.

1.2. DUTIES OF THE GUARDIAN AD LITEM.

The guardian ad litem shall assist N.F., a minor child and help to facilitate the litigation process and review and settlement proposals. The guardian's assistance in this regard will be in the minor plaintiff's best interests in this personal injury action.

1.3. OTHER DUTIES.

During the litigation, the guardian ad litem will review pleadings and other relevant documents, attend depositions as needed, and otherwise assist counsel, to the extent that N.F. would assist were it not for her disabilities.

ORDER APPOINTING GUARDIAN AD LITEM - 2

**Leemon + Royer** PLLC
2505 Second Avenue Suite 610 Seattle, WA 98121
Phone 206 269-1100 Fax 206 269-7424

1.4. GUARDIAN AD LITEM ACCESS TO RECORDS AND INFORMATION.

The guardian ad litem shall have access to any and all records and information pertaining to N.F. including, but not being limited to medical, psychological, nursing and residential care records.

1.5. PAYMENT OF FEES AND COSTS.

[X]   Other: Reserved pending final disposition.

The total amount awarded shall be at the discretion of the court after the guardian ad litem files an itemized statement of time with the court, along with a specific request for fees and a proposed order. guardians ad litem who are not volunteers shall provide the parties with an itemized accounting of their time and billing for services each month.

1.6. CONSENT OF CHILDREN OVER TWELVE TO INVESTIGATION.

[X]   Does not apply.

1.7. AUTHORIZATION FOR RELEASE OF INFORMATION.

The guardian ad litem shall have authority to release to all medical, psychological, nursing care, residential care and other relevant records regarding N.F., a minor child for purposes of this litigation.

1.8. TERMINATION OF APPOINTMENT

The appointment terminates upon termination of the lawsuit.

ORDER APPOINTING GUARDIAN
AD LITEM - 3

Leemon + Royer PLLC
2505 Second Avenue Suite 610 Seattle, WA 98121
Phone 206 269-1100  Fax 206 269-7424

Dated: Oct. 24, 2013       /s/ M S Casnik
                           Judge

Presented by:

LEEMON + ROYER

_____
Sidney Stillerman Royer, WSBA# 14820
Attorney for Plaintiff

ACCEPTED UPON APPROVAL BY THE COURT

_____
William Dussault, WSBA #
2722 Eastlake Ave E, Suite 200
Seattle, WA 98102
(206) 324-4300
bild@dussaultlaw.com

ORDER APPOINTING GUARDIAN
AD LITEM - 4

Leemon + Royer PLLC
2505 Second Avenue Suite 610 Seattle, WA 98121
Phone 206 269-1100  Fax 206 269-7424