Honorable Robert Lasnik

# UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON AT SEATTLE
## IN AND FOR THE COUNTY OF

| | |
|---|---|
| NATHAN FELIX and ROBYN FELIX, as husband and wife, and on behalf of N.F., a minor,<br><br>Plaintiffs,<br><br>v.<br><br>THE STATE OF WASHINGTON, WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, and CHILD PROTECTIVE SERVICES, UNIVERSITY OF WASHINGTON, SUSAN EGAAS and JOHN DOE EGAAS, husband and wife and the marital community thereof, STACY AHRENS and JOHN DOE AHRENS, wife and husband, and the marital community composed thereof, FAYE ANDERSON and JOHN DOE ANDERSON, wife and husband, and the marital community composed thereof, KAREN ERICKSON and JOHN DOE ERICKSON, wife and husband, and the marital community composed thereof, SANDRA KINNEY and JOHN DOE KINNEY, wife and husband, and the marital community composed thereof, KIMBEL KRAUSZ and JOHN DOE KRAUSZ, wife and husband, and the marital community composed thereof, MELISSA PHILLIPS and JOHN DOE PHILLIPS, wife and husband, and the marital community composed thereof, KIMBERLY RIPLEY and JOHN DOE RIPLEY, wife and husband, and the marital community composed thereof, SANDRA SURFACE and JOHN DOE | No. C11-1974-RSL<br><br>ORDER APPROVING PROPOSED SETTLEMENT |

ORDER APPROVING PROPOSED SETTLEMENT - 1



Leemon + Royer PLLC    2505 Second Avenue Suite 610 Seattle, WA 98121
*Phone* 206 269-1100   *Fax* 206 269-7424

SURFACE, wife and husband, and the marital community composed thereof, ABC CORPORATIONS 1 10, JANE and JOHN DOES 1 10, JANE and JOHN DOES 11 20, JOHN and JANE DOES, 21-30,

Defendants.

THIS MATTER having come regularly before the Court upon Plaintiffs' Petition for Approval of Proposed Settlement (Dkt. # 150), and the court having reviewed said Petition for Approval of Settlement; Report and Recommendations of Litigation and Settlement Gauradian Ad Litem for Minor, N.F.; and Litigation and Settlement Guardian As Litem Fee Declaration, and having reviewed the evidence presented by counsel, and being fully advised in the premises, now, therefore, it is hereby

ORDERED THAT:

1) The proposed settlement in the amount of $55,000.00 is approved;

2) NATHAN FELIX and/or ROBYN FELIX are authorized to execute any and all instruments required to finalize said settlement on behalf of N.F.;

3) Partial reimbursement to the parents, NATHAN and ROBYN FELIX, for their costs incurred in this matter in the amount of $15,000.00, is reasonable and payment from the settlement proceeds is approved;

4) The requested Settlement Guardian Ad Litem fees in the total amount of $2,000.00 are reasonable and payment to the DUSSAULT LAW GROUP from the settlement proceeds is approved; and

5) Payment of all remaining proceeds to Plaintiffs' counsel as partial payment on their costs advanced is reasonable and approved.

Leemon + Royer PLLC    2505 Second Avenue Suite 610 Seattle, WA 98121
*Phone* 206 269-1100  *Fax* 206 269-7424

| | |
|---|---|
| 1 | DATED this 9th day of January, 2014. |
| 2 | |
| 3 | |
| 4 | /s/ Robert S. Lasnik |
| 5 | Robert S. Lasnik<br>United States District Judge |

Presented by:
Leemon + Royer

/s/ Sidney S. Royer
Sidney Stillerman Royer, WSBA# 14820
Attorney for Plaintiff

ACCEPTED UPON APPROVAL BY THE COURT

_____
William Dussault, WSBA #04611
2722 Eastlake Ave E, Suite 200
Seattle, WA 98102
(206) 324-4300
bild@dussaultlaw.com

ORDER APPROVING PROPOSED
SETTLEMENT - 3